No. 84–6160.  ANTONELLI v. UNITED STATES PAROLE COMMISSION ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–6165.  HARROD v. BLACK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 84–6194.  ANTONELLI v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 84–6195.  JONES v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–6198.  FLORES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–6199.  ABDI v. GEORGIA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–6210.  MEALER v. JONES, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 84–6211.  HOLSEY v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 84–6212.  HOPGOOD v. HOPGOOD.  Sup. Ct. Ga.  Certiorari denied.

No. 84–6213.  GUERRERO v. TERRITORY OF GUAM.  C. A. 9th Cir.  Certiorari denied.

No. 84–6226.  MORET v. NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 84–6233.  HOOK v. FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–6235.  IN RE BAILEY.  C. A. 8th Cir.  Certiorari denied.

No. 84–6236.  SMITH v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 84–6238.  TYSON v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.